

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-17-00069-CV

_____

ASHLEY HIGHTOWER AND ASH HIGH ENTERPRISES, LLC, Appellants

V.

ALLEGHENY INVESTMENTS, LLC, Appellee

On Appeal from the 276th District Court
Titus County, Texas
Trial Court No. 39136

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

## MEMORANDUM OPINION

Ashley Hightower filed a timely notice of appeal on June 8, 2017. The clerk's record was filed on June 21, 2017, and the reporter's record was filed on August 15, 2017. The original deadline for Hightower's appellate brief was September 14, 2017. When neither a brief nor a motion to extend time for filing same was received by September 14, 2017, this Court advised Hightower by letter dated October 3, 2017, that the brief was late. We further extended the deadline for filing the brief to October 24, 2017. We warned Hightower that failure to file the brief by October 24, 2017, would subject this appeal to dismissal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

We have received no responsive communication from Hightower and have not received his appellate brief. Having not received any response to this Court's letter of October 3, 2017, Hightower's appeal is ripe for dismissal for want of prosecution. Consequently, pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Bailey C. Moseley
Justice

Date Submitted:     November 8, 2017
Date Decided:       November 9, 2017

2